## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| Paulette J. Baribeau | ) | Case No. 19-51357 |
| | ) | |
| Debtor | ) | |
| | ) | Chapter 11 |
| | ) | |

## SUPPLEMENT TO DEBTOR'S MOTION FOR RECONSIDERATION OF ORDER CONVERTING THIS CASE TO A CHAPTER 7

TO THE HONORABLE CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE:

Paulette J. Baribeau submits this supplement to Debtor's Motion for Reconsideration..

On July 10, 2019, the Fourth Circuit Court of Appeals, affirmed the lower court's decision. A copy of the judgment is attached.

Debtor does not believe it affects her arguments but believes the court should be aware of the judgment.

Respectfully submitted,

_____/s/Dean W. Greer____
DEAN W. GREER
2929 Mossrock, Suite 117
San Antonio, Texas 78230
(210) 342-7100
(210) 342-3633 - Telecopier
State Bar No. 08414100

**ATTORNEY FOR DEBTOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been delivered to the parties requesting ECF notification, the Debtor, and the United States Trustee on this the 10th day of July, 2019

_/s/ Dean W. Greer_
DEAN W. GREER



# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00334-CV

Paulette **BARIBEAU**,
Appellant

v.

**HILL COUNTRY PARTNERS, L.P.**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08378
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellant pay appellee's costs of this appeal.

SIGNED July 10, 2019.

Patricia O. Alvarez, Justice